

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DAVID KENNETH BERMUDEZ, | § | No. 08-23-00349-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2023 - 0D00688) |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED this 27th day of January 2025.

YVONNE RODRIGUEZ, Senior Justice

Before Rodriguez, C. J.(Senior Judge), Palafox and Soto, JJ.
Rodriguez, C.J. (Ret.), sitting by assignment